# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar, United States Magistrate Judge

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 24-MJ-419 KK | UNITED STATES vs. Smith | |
| Hearing Date: | 4/2/2024 | Time In and Out: | 10:19 a.m./11:02 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Jaremy Alexander Smith | Defendant's Counsel: | Devon Fooks |
| AUSA: | Paul Mysliwiec & Jack Burkhead | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | N/A | Witness: | Bryan Acee, FBI Special Agent |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant would like Court appointed counsel
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for          on Click or tap to enter a date.    @

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☒ Court finds probable cause    ☐ Court does not find probable cause

## Detention

- ☒ Defendant waives right to contest detention
- ☐

## Custody Status

- ☒ Defendant to remain in custody
- ☐ Conditions

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to          for Final Revocation Hearing
- ☒ Government calls FBI Special Agent Bryan Acee, sworn, direct; cross; redirect; witness is excused; AUSA Mysliwiec-closing argument; FPD-closing; AUSA-responds; Court-findings